Antonio SAUNDERS, Plaintiff—Appellant,

v.

BUCKNER, Corrections Officer; K. Clay, Master Jail Officer; Budd, Officer; Bynum, Master Jail Officer; G. Edwards, Officer; Simmons, Officer; S. Wilkins, Sgt.; A. Esmiller, Master Jail Officer, Defendants—Appellees.

No. 08–8206.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 28, 2009.

Antonio Saunders, Appellant Pro Se. Samuel Lawrence Dumville, Norris, St. Clair & Lotkin, Virginia Beach, Virginia, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Saunders v. Buckner,* No. 1:07–cv–00501–LMB–

JFA, 2008 WL 4104439 (E.D. Va. filed Aug. 28, 2008; entered Sept. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*